UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAUL JOHN KOFFSKEY | § | Case No. 12-11937-SAH |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/19/2012. The undersigned trustee was appointed on 04/19/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $        6,951.26

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7.37 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 6,893.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/13/2012 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,445.13 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,445.13 , for a total compensation of $ 1,445.13 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 165.34 , for total expenses of $ 165.34 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2014        By:/s/LYLE R. NELSON
                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-11937 | SAH | Judge: | Sarah A. Hall | Trustee Name: | LYLE R. NELSON |
|---|---|---|---|---|---|---|
| Case Name: | PAUL JOHN KOFFSKEY | | | | Date Filed (f) or Converted (c): | 04/19/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/14/2012 |
| For Period Ending: | 06/11/2014 | | | | Claims Bar Date: | 11/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Bank Of The West #3293 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods & Furnishings - Detailed List Available Upon | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2 Shotguns | 400.00 | 0.00 | | 0.00 | FA |
| 6. 1/2 Interest In 2007 Nomad Camper | 4,400.00 | 0.00 | | 0.00 | FA |
| 7. 1993 F250 Pickup<br><br>Link $6,000 to Asset 7, for all 3 trucks Assets 7, 8 and 9 | 1,250.00 | 1,250.00 | | 6,000.00 | FA |
| 8. 2005 F150 Pickup<br><br>Link $6,000 to Asset 7, for all 3 trucks Assets 7, 8 and 9 | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 9. 2008 F550 Pickup<br><br>Lien $18,460.00<br>Exemption $29,000.00<br>Link $6,000 to Asset 7, for all 3 trucks Assets 7, 8 and 9 | 29,000.00 | 6,000.00 | | 0.00 | FA |
| 10. 2012 Pro rata tax refund (u) | 0.00 | 950.00 | | 950.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.26 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $47,100.00        $17,200.00                    $6,951.26        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 06/14/2014    Current Projected Date of Final Report (TFR): 06/14/2014

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-11937 | | Trustee Name: | LYLE R. NELSON |
| Case Name: | PAUL JOHN KOFFSKEY | | Bank Name: | First National Bank - Vinita |
| | | | Account Number/CD#: | XXXXXX2232 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3704 | | Blanket Bond (per case limit): | $6,124,000.00 |
| For Period Ending: | 06/11/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/13 | | Transfer from Acct # xxxxxx8927 | Transfer of Funds | 9999-000 | $6,001.26 | | $6,001.26 |
| 03/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,991.26 |
| 04/05/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,981.26 |
| 04/30/13 | 10 | Paul Koffskey | 2012 federal tax refund check 3073 | 1224-000 | $950.00 | | $6,931.26 |
| 05/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,921.26 |
| 06/06/13 | 10001 | International Sureties, LTD 701 Poydras St. New Orleans, LA  70139 | 2013 Bond premium report | 2300-000 | | $7.37 | $6,913.89 |
| 06/07/13 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,903.89 |
| 07/08/13 | | First National Bank - Vinita 102 W. Illinois Avenue Vinita, OK 74301 | Bank Service Fee | 2600-000 | | $10.00 | $6,893.89 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,951.26 | $57.37 |
| Less: Bank Transfers/CD's | $6,001.26 | $0.00 |
| Subtotal | $950.00 | $57.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $950.00 | $57.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $6,951.26   $57.37

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-11937
Case Name: PAUL JOHN KOFFSKEY
Taxpayer ID No: XX-XXX3704
For Period Ending: 06/11/2014

Trustee Name: LYLE R. NELSON
Bank Name: Capital One Bank
Account Number/CD#: XXXXXX8927
Money Market
Blanket Bond (per case limit): $6,124,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/12 | 7 | Ezzell & Shepherd, PLLC<br>Client Trust Acct<br>PO Box 5189<br>Enid, OK  73702 | 1st payment per Motion to Settle Controversy<br>check no. 1197 | 1129-000 | $2,000.00 | | $2,000.00 |
| 10/10/12 | 7 | Ezzell & Shepherd, PLLC<br>PO Box 5189<br>Enid, OK  73702 | 2nd payment per Motion to Settle Controversy<br>check no. 1203 | 1129-000 | $2,000.00 | | $4,000.00 |
| 10/31/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $0.22 | | $4,000.22 |
| 11/19/12 | 7 | Ezzell & Shepherd PLLC<br>PO Box 5189<br>Enid, OK  73702 | 3rd payment per Motion to Settle Controversy<br>check no. 1519 | 1129-000 | $2,000.00 | | $6,000.22 |
| 11/30/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $0.31 | | $6,000.53 |
| 12/31/12 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $0.41 | | $6,000.94 |
| 01/25/13 | INT | Capital One Bank | Interest Rate 0.080 | 1270-000 | $0.32 | | $6,001.26 |
| 01/28/13 | | Transfer to Acct # xxxxxx2232 | Transfer of Funds | 9999-000 | | $6,001.26 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $6,001.26 | $6,001.26 |
| Less: Bank Transfers/CD's | $0.00 | $6,001.26 |
| Subtotal | $6,001.26 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,001.26 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $6,001.26   $6,001.26

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2232 - Checking | $950.00 | $57.37 | $6,893.89 |
| XXXXXX8927 - Money Market | $6,001.26 | $0.00 | $0.00 |
|  | $6,951.26 | $57.37 | $6,893.89 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,951.26 |
| Total Gross Receipts: | $6,951.26 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-11937-SAH
Debtor Name: PAUL JOHN KOFFSKEY
Claims Bar Date: 11/13/2012

Date: June 11, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK  73102-7134 | Administrative | | $0.00 | $1,445.13 | $1,445.13 |
| 100<br>2200 | LYLE R. NELSON<br>TWO LEADERSHIP SQUARE<br>211 N. ROBINSON, STE. 1300<br>OKLAHOMA CITY, OK  73102-7134 | Administrative | | $0.00 | $165.34 | $165.34 |
| 100<br>3110 | Elias Books Brown & Nelson P. C.<br>Two Leadership Square<br>211 N. Robinson, Ste. 1300<br>Oklahoma City, OK  73102 | Administrative | August 16, 2013 Order | $0.00 | $2,252.00 | $2,252.00 |
| 1<br>300<br>7100 | ATLAS ACQUISITIONS LLC<br>Assignee of Citibank - Sears Gold Mastercard<br>294 Union St.<br>Hackensack, NJ  07601 | Unsecured | | $22,357.88 | $22,628.09 | $22,628.09 |
| 2<br>300<br>7100 | Cavalry Portfolio Services LLC<br>as assignee of Bank of America/<br>FIA Card Services NA<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Unsecured | | $46,342.00 | $50,105.43 | $50,105.43 |
| 3<br>300<br>7100 | CNH CAPITAL AMERICA LLC<br>PO Box 3600<br>Lancaster, PA  17604-3600 | Unsecured | | $9,702.00 | $10,002.78 | $10,002.78 |
| 4<br>300<br>7100 | CNH CAPITAL AMERICA LLC<br>PO Box 3600<br>Lancaster, PA  17604-3600 | Unsecured | | $432.00 | $582.42 | $582.42 |
| 5<br>300<br>7100 | FIA Card Services NA<br>as successor in interest to Bank of America NA (USA)<br>and MBNA America Bank NA<br>PO Box 15102<br>Wilmington DE 19886-5102 | Unsecured | | $29,900.00 | $29,900.09 | $29,900.09 |
| 6<br>300<br>7100 | FIA Card Services NA<br>as successor in interest to Bank of America NA (USA)<br>and MBNA America Bank NA<br>PO Box 15102<br>Wilmington DE 19886-5102 | Unsecured | | $26,274.00 | $26,274.27 | $26,274.27 |

Page 1                                       Printed: June 11, 2014

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-11937-SAH  
Debtor Name: PAUL JOHN KOFFSKEY  
Claims Bar Date: 11/13/2012  

Date: June 11, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | PYOD LLC its successors and assigns as assignee<br>Of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $3,896.00 | $4,130.83 | $4,130.83 |
| 8<br>300<br>7100 | PYOD LLC its successors and assigns as assignee<br>Of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $23,114.66 | $25,263.45 | $25,263.45 |
| 9<br>300<br>7100 | eCast settlement Corporation<br>PO Box 7247-6971<br>Philadelphia, PA  19170-6971 | Unsecured | | $0.00 | $963.66 | $963.66 |
| 10<br>300<br>7100 | Magnolia Lane Partners LLC<br>PO Box 1931<br>Burlingame, CA 94011 | Unsecured | | $17,805.00 | $12,336.17 | $12,336.17 |
| | Case Totals | | | $179,823.54 | $186,049.66 | $186,049.66 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-11937-SAH
Case Name: PAUL JOHN KOFFSKEY
Trustee Name: LYLE R. NELSON

Balance on hand $ 6,893.89

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYLE R. NELSON | $ 1,445.13 | $ 0.00 | $ 1,445.13 |
| Trustee Expenses: LYLE R. NELSON | $ 165.34 | $ 0.00 | $ 165.34 |
| Attorney for Trustee Fees: Elias Books Brown & Nelson P. C. | $ 2,252.00 | $ 0.00 | $ 2,252.00 |

Total to be paid for chapter 7 administrative expenses    $ 3,862.47

Remaining Balance    $ 3,031.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,187.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC | $ 22,628.09 | $ 0.00 | $ 376.51 |
| 2 | Cavalry Portfolio Services LLC | $ 50,105.43 | $ 0.00 | $ 833.71 |
| 3 | CNH CAPITAL AMERICA LLC | $ 10,002.78 | $ 0.00 | $ 166.44 |
| 4 | CNH CAPITAL AMERICA LLC | $ 582.42 | $ 0.00 | $ 9.69 |
| 5 | FIA Card Services NA | $ 29,900.09 | $ 0.00 | $ 497.51 |
| 6 | FIA Card Services NA | $ 26,274.27 | $ 0.00 | $ 437.18 |
| 7 | PYOD LLC its successors and assigns as assignee | $ 4,130.83 | $ 0.00 | $ 68.73 |
| 8 | PYOD LLC its successors and assigns as assignee | $ 25,263.45 | $ 0.00 | $ 420.36 |
| 9 | eCast settlement Corporation | $ 963.66 | $ 0.00 | $ 16.03 |
| 10 | Magnolia Lane Partners LLC | $ 12,336.17 | $ 0.00 | $ 205.26 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,031.42 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE